IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: 23-cv-01082-CNS-NRN | Date: January 5, 2024 |
|---|---|
| Courtroom Deputy: Julie Dynes | Court Reporter: Sarah Mitchell |

| Parties | Counsel |
|---|---|
| FTR INVESTMENT FUND LLC<br>ROBERT FITZSIMMONS<br>**Plaintiffs**<br><br>v.<br><br>CHRISTOPHER MARCONI<br><br>CHAD STICKFORTH<br>RSF CAPITAL LP<br>RSF CAPITAL LLC<br>RSF FUTURES COLORADO LLC<br>RSF CAPITAL NC LLC<br>SUPER TUSCAN CAPITAL LLC<br>KM NH HOLDINGS LLC<br>ANTEDOTUM INC<br>KARINA MICHELLE MARCONI<br>**Defendants** | *Richard Merpi II*<br><br><br><br><br>*John Chanin*<br>*Katherine Roush*<br><br><br><br><br><br><br>*Matthew Simonsen*<br>*Daniel Williams* |

**COURTROOM MINUTES**

**ORAL ARGUMENT**

Court in Session: 9:00 a.m.

Appearance of counsel.

Argument as to [31] Christopher A. Marconi, RSF Capital LP, RSF Capital LLC, RSF Futures Colorado LLC, and Super Tuscan Capital LLC's Partial Motion to Dismiss First Amended and Supplemental Complaint Pursuant to F.R.C.P. 12(b)(6) given by Ms. Roush and Mr. Merpi with questions from the Court.

As outlined on the record, it is

**ORDERED:**     **[31] Christopher A. Marconi, RSF Capital LP, RSF Capital LLC, RSF Futures Colorado LLC, and Super Tuscan Capital LLC's Partial Motion to Dismiss First Amended and Supplemental Complaint Pursuant to F.R.C.P. 12(b)(6) is GRANTED.**

                **Claims one and ten are dismissed against Christopher A. Marconi, RSF Capital LP, RSF Capital LLC, RSF Futures Colorado LLC, and Super Tuscan Capital LLC.**

Argument as to [42] KM NH Holdings LLC, Antedotum Inc. d/b/a Antedotum, and Karina Marconi's Motion to Dismiss Plaintiff's Fist Amended and Supplemental Complaint Pursuant to F.R.C.P. 12(b)(6) given by Mr. Simonsen and Mr. Merpi with questions from the Court.

As outlined on the record, it is

**ORDERED:**     **[42] KM NH Holdings LLC, Antedotum Inc. d/b/a Antedotum, and Karina Marconi's Motion to Dismiss Plaintiff's Fist Amended and Supplemental Complaint Pursuant to F.R.C.P. 12(b)(6) is GRANTED in part and DENIED in part.**

                **All claims against Antedotum are dismissed.**

                **Claim ten is dismissed against KM NH Holdings LLC and Karina Marconi.**

                **Unjust enrichment claim is dismissed against KM NH Holdings LLC.**

                **Settlement conference with the Magistrate Judge is authorized.**

Court in Recess: 10:17 a.m.         Hearing concluded.         Total time in Court: 01:17